047331/18284/JAF/JJK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINA MORRIS,<br><br>            Plaintiff,<br><br>v.<br><br>STEPHEN ROY HORNING and MAHER BROS. TRANSFER & STORAGE,<br><br>            Defendants. | No. 20 CV 05499 |

**NOTICE OF REMOVAL TO THE NORTHERN DISTRICT OF ILLINOIS**

NOW COME Defendants, STEPHEN ROY HORNING and MAHER BROS. TRANSFER & STORAGE, by their attorney, Justin J. Kaszuba of CASSIDAY SCHADE LLP, and for their NOTICE OF REMOVAL TO FEDERAL COURT, state as follows:

1. Plaintiff initially filed a Complaint at Law in the Circuit Court of Cook County on August 20, 2020 as the result of a motor vehicle collision that occurred on October 29, 2018.

2. Plaintiff's Complaint named STEPHEN ROY HORNING and MAHER BROS. TRANSFER & STORAGE as Defendants. *See* Plaintiff's Complaint, attached hereto as **Exhibit A**.

3. A copy of the Complaint was served on Defendant, Horning on August 24, 2020. *See* the Affidavit of Service for Defendant Horning, attached hereto as **Exhibit B**.

4. Defendant Maher Bros. has not officially been served with process in this matter, but agreed to waive service on September 16, 2020, and has appeared in this matter.

5. At the time this action was commenced, and at all other relevant times herein, Defendant Horning was a resident of Springville, Iowa. *See* **Exhibit B** and the Declaration of Defendant Horning, attached hereto as **Exhibit C.**

1

6. At the time the action was commenced, and at all other relevant times herein, Defendant Maher Bros. has been a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Iowa. *See* the Iowa Secretary of State Corporation File Detail Report, attached hereto as **Exhibit D**, and the Declaration of Tim J. Riles, attached hereto as **Exhibit E.**

7. Defendant Maher Bros. does not have a parent corporation, and no publicly traded corporation owns more than 10% of its stock. *See* **Exhibit E** and Maher Bros. Corporate Disclosure Statement attached hereto as **Exhibit F.**

8. At the time this action was commenced, and at all relevant times herein, Plaintiff has been a citizen of Illinois. *See* the Lexis Nexis Public Records Report of Christina Morris, attached hereto as **Exhibit G**.

9. Plaintiff alleges that she suffered severe and permanent injuries which hindered and prevented her from attending to her usual duties and affairs, and allegedly caused her to suffer great pain and anguish, which will continue in the future.

10. Plaintiff further alleges that her damages total in excess of $50,000 through her Complaint. *See* **Exhibit A**.

11. Plaintiff's counsel has advised that Plaintiff has incurred medical specials in excess of $70,000.

12. Considering that Plaintiff is claiming damages in excess of $70,000 that include: (1) costs already expended for medical treatment; (2) "large sums of money" for which Plaintiff claims he is obligated to pay for medical care and treatment; (3) severe, serious, and permanent injuries; (4) past, present, and future suffering; and (5) lost large gains – Plaintiff's alleged damages easily exceed $75,000. *See e.g. Andrews v. E.I. du Pont de Nemours & Co.,* 477 F.3d 510, 515

(7th Cir. 2006).

13. Pursuant to 28 U.S.C. § 1332(a), a United States District Court shall have original jurisdiction over all civil actions where the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

14. Here, Plaintiff is a citizen of Illinois, and Defendants Horning and Maher Bros. are residents of Iowa.

15. Therefore, Diversity of Citizenship remains amongst the parties to this action.

16. Furthermore, Plaintiff's damages are in excess of $75,000.

17. Consequently, the requirements for diversity jurisdiction are met.

18. Defendants have thirty days from the date of service to seek removal pursuant to 28 U.S.C. § 1446(b)(2)(B). Defendants Horning was served on August 24, 2020. Defendant Maher Bros. waived service on September 16, 2020. Therefore, the filing of this notice is within 30 days of the statutory deadline.

19. Venue is proper in the United States District Court for the Northern District of Illinois, Eastern because a substantial part of the events giving rise to this claim occurred in Cook County, Illinois. 28 U.S.C. § 1391(b)(2).

WHEREFORE, Defendants, STEPHEN ROY HORNING and MAHER BROS. TRANSFER & STORAGE, pray that this cause be removed to the United States District Court for the Northern District of Illinois, Eastern District.

    Respectfully submitted,

    CASSIDAY SCHADE LLP

    By: /s/ Justin J. Kaszuba
        One of the Attorneys for Defendant STEPHEN ROY HORNING and Defendant MAHER BROS. TRANSFER & STORAGE

Justin J. Kaszuba (ARDC No. 6324151)
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
jkaszuba@cassiday.com