**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Christina Morris

                                        Plaintiff,

v.                                                                        Case No.: 1:20−cv−05499
Honorable Matthew F. Kennelly

Maher Bros. Transfer & Storage, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 5, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the parties' stipulation of dismissal [36], this case is dismissed with prejudice and without costs. Any hearing dates before this Court are stricken. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.